# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELITE GAMING TECH LLC, | ) |
| | ) Case No. 2:21-cv-00098 |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| MEDIATEK INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff Elite Gaming Tech LLC for purposes of receiving notices and orders from the Court.

Dated: March 18, 2021

Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
ELITE GAMING TECH LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 18, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>/s/ Vincent J. Rubino, III
>Vincent J. Rubino, III