**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ELITE GAMING TECH LLC, | ) | Case No. 2:21-cv-00098 |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| MEDIATEK INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Peter Lambrianakos, enters his appearance in this matter for Plaintiff Elite Gaming Tech LLC for purposes of receiving notices and orders from the Court.

Dated:  March 18, 2021                Respectfully submitted,

 /s/ *Peter Lambrianakos*
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF
ELITE GAMING TECH LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on March 18, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Peter Lambrianakos*
Peter Lambrianakos